# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ROBERT SHEMIAN,

                              Plaintiff,

            -against-

RESEARCH IN MOTION LIMITED, et al.,
                              Defendants.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/29/13

11 **CIVIL** 4068 (RJS)

## **JUDGMENT**

Defendants having moved to dismiss pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Richard J. Sullivan, United States District Judge, and the Court, on March 28, 2013, having rendered its Memorandum and Order granting Defendants' motion to dismiss the CAC with prejudice, it is,

   **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated March 29, 2013, the Court grants Defendants' motion to dismiss the CAC with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
         March 29, 2013

                              **RUBY J. KRAJICK**
                              _____
                              **Clerk of Court**

                  **BY:**    _____
                              **Deputy Clerk**

                  **THIS DOCUMENT WAS ENTERED**
                  **ON THE DOCKET ON _____**